# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA WASHINGTON, STEVEN
WASHINGTON, TRACEY GIBSON
AND RENEE BELLENGER

VERSUS

WILLIAM M. BOEDEFELD, M.D.,
WALTER BRINGAZE, M.D., PA
SEAN MCDONOUGH, PA QUINTON
BIJOU, PA TOM BOLTON, AND
BATON ROUGE GENERAL MEDICAL
CENTER-BLUEBONNET

NO.   2023 CW 1174

**JANUARY 29, 2024**

---

In Re:     Baton   Rouge   General   Medical   Center-Bluebonnet,
           applying for supervisory writs, 19th Judicial District
           Court, Parish of East Baton Rouge, No. 653225.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                         PMc
                         CHH
                         SMM

COURT OF APPEAL, FIRST CIRCUIT



_____
     DEPUTY CLERK OF COURT
        FOR THE COURT